UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT E. JACKSON, JR. | CIVIL ACTION NO. 19-747 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DARRYL VANNOY | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Petition for Writ of Habeas Corpus (Doc. 1) filed by Robert E. Jackson is **DISMISSED WITH PREJUDICE** as to the jurisdictional issue and **WITHOUT PREJUDICE** as to the merits of Petitioner's claim.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of December, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT